IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY KENNER, #231202, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-cv-938-MEF |
| | ) | |
| GARY HETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

On January 30, 2013, the Magistrate Judge filed a Recommendation (Doc. #16) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's complaint against Defendant Michael Johnson is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i).

3. Defendant Michael Johnson is DISMISSED as a party to the Complaint.

4. This case with respect to the remaining defendants is referred back to the United States Magistrate Judge for further proceedings.

DONE this the 1st day of March, 2013.

　　　　　　　　　　　　　　　　　　　　  /s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE