IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRADLEY KENNER, #231202, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-938-MEF |
| | ) |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On May 14, 2013, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this the 7th day of June, 2013.

                                                  /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE